## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

JOSEPH A. TONELLI;

WILLIAM BENNETT AND THERESA BENNETT;

RAYMOND HERMANEK AND BRENDA HERMANEK;

HONKE FARMS LLC;

MICHAEL KRIETLOW AND MARLYS KRIETLOW; and

ESTATE OF DEE WRIGHT AND BESSIE WRIGHT;

    Plaintiffs,

v.

THE UNITED STATES,

    Defendant.

Case No. 23-897 L

## **COMPLAINT**

### **JURISDICTION**

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1494(a)(1) ("Tucker Act") because this action presents a claim against the United States which is founded upon money-mandating provisions of the Constitution and Statutes of the United States.

### **STATUTES AND CONSTITUTIONAL PROVISONS**

2. Plaintiffs' claims are based upon 1) The Fifth Amendment to the United States Constitution prohibiting the taking of private property for public use, without just compensation; 2) The National Trails System Act Amendments of 1983; 16 U.S.C. § 1247(d) ("Trails Act"); 3) The Tucker Act, 28 U.S.C. § 1491(a) ("Tucker Act"); and 4) The Uniform Relocation

1

Assistance and Real Property Acquisition Policies Act of 1970, 42 U.S.C. § 4654(c) (2000).

## COUNT I
## (TAKINGS CLAIM)

3. The South Dakota Department of Transportation formerly owned an easement for railroad purposes located between milepost 54.5 in Ravinia and milepost 80.8 in Platte, all in Charles Mix County, South Dakota (the "Railroad Line").

4. The easement lay across property owned by Plaintiffs.

5. Upon abandonment of the easement and/or authorization of use beyond the scope of the easement, Plaintiffs' property would have been unburdened by any easement.

6. Plaintiff Joseph A. Tonelli owned land adjacent to the Railroad Line on the date of the taking, March 4, 2022. The property owned by Joseph A. Tonelli is located in Charles Mix County, South Dakota, and includes parcel number 18.07.3010, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

7. Plaintiffs William Bennett and Theresa Bennett owned land adjacent to the Railroad Line on the date of the taking, March 4, 2022. The property owned by William Bennett and Theresa Bennett is located in Charles Mix County, South Dakota, and includes parcel number 25.11.3025, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

8. Plaintiffs Raymond Hermanek and Brenda Hermanek owned land adjacent to the Railroad Line on the date of the taking, March 4, 2022. The property owned by Raymond Hermanek and Brenda Hermanek is located in Charles Mix County, South Dakota, and includes parcel numbers 27.50.17.001, 27.50.17.003, 27.50.17.004, 27.50.17.005, and 27.50.17.006, and includes but is not limited to the fee title to all that property to the centerline of the abandoned

right-of-way that is now subject to an easement for interim trail use.

9. Plaintiff Honke Farms LLC owned land adjacent to the Railroad Line on the date of the taking, March 4, 2022. The property owned by Honke Farms LLC is located in Charles Mix County, South Dakota, and includes parcel number 16.06.4000, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

10. Plaintiffs Michael Krietlow and Marlys Krietlow owned land adjacent to the Railroad Line on the date of the taking, March 4, 2022. The property owned by Michael Krietlow and Marlys Krietlow is located in Charles Mix County, South Dakota, and includes parcel number 07.63.4020, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

11. Plaintiff Estate of Dee Wright and Bessie Wright owned land adjacent to the Railroad Line on the date of the taking, March 4, 2022. The property owned by Estate of Dee Wright and Bessie Wright is located in Charles Mix County, South Dakota, and includes parcel number 27.53.02.005, and includes but is not limited to the fee title to all that property to the centerline of the abandoned right-of-way that is now subject to an easement for interim trail use.

12. On March 4, 2022, the Surface Transportation Board ("STB") issued a Notice of Interim Trail use relating to the Railroad Line.

13. But for operation of the Trails Act, Plaintiffs would have the exclusive right to physical ownership, possession, and use of their property free of any easement for recreational trail use or future railroad use.

14. By operation of the Trails Act, the United States took the Plaintiffs' property

which it is Constitutionally obligated to pay just compensation.

15. Plaintiffs owned the aforementioned property on the date of the taking, March 4, 2022, and are therefore proper claimants for compensation.

16. Plaintiffs' property includes but is not limited to the fee title to the property underlying the former railroad easement.

17. The United States' actions damaged Plaintiffs by taking a portion of Plaintiffs' property and by diminishing the value of the remaining property and by attenuating delay damages based upon the delayed payment of compensation.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray that this Court enter judgment on their behalf, against the Defendant, adjudging and decreeing that:

A. Defendant took Plaintiffs' property without just compensation in violation of the Fifth Amendment of the United States Constitution;

B. Judgment be entered against Defendant and in favor of Plaintiffs for compensation for the property right taken from them, including severance damages, delay damages, and interest, together with the costs of suit, including reasonable attorneys' fees;

C. Plaintiffs be awarded just compensation at full fair market value for their deprivation and losses;

D. Plaintiffs have such other, further, and different relief as the case may require and the Court may deem just and proper under the circumstances.

Dated:  June 14, 2023

                                              Respectfully Submitted,

*/s/ Adam M. Riley*

Adam M. Riley
Lauren N. McKenty
Flint Cooper, LLC
222 E. Park St., Suite 500
P.O. Box 189
Edwardsville, IL 62025
T: (618) 288-4777   F: (618) 288-2864
ariley@flintcooper.com
lmckenty@flintcooper.com